986 A.2d 61

John PETTY, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Dec. 24, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 24th, day of December, 2009, the Order of the Commonwealth Court is **AFFIRMED.**